NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAUL MCGINNIS,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3168

---

Petition for review of the Merit Systems Protection Board in case no. AT0752101056-I-1.

---

## ON MOTION

---

## ORDER

Paul McGinnis moves for reconsideration of the court's July 28, 2011 order that dismissed his petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination. The 15(c) form accompanies his motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The mandate is recalled, the dismissal order is vacated, and the petition is reinstated.

(2) McGinnis' brief is due within 60 days of the date of filing of this order.

FOR THE COURT

SEP 2 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Ariel E. Solomon, Esq.
     Jane W. Vanneman, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 7 2011

JAN HORBALY
CLERK